UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WAYNE CAMPBELL,<br><br>              Petitioner,<br><br>   v.<br><br>JEFF WRIGLEY,<br><br>             Respondent. | 1:06-CV-01880 OWW SMS HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>[Doc. #3]<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

     Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

     On January 29, 2007, the Magistrate Judge issued a Findings and Recommendation that recommended the petition for writ of habeas corpus be DISMISSED for failure to state a cognizable claim for relief. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within ten (10) court days of the date of service of the order. Over ten (10) days have passed and no party has filed objections.

     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings

and Recommendation is supported by the record and proper analysis.

  Accordingly, IT IS HEREBY ORDERED that:

  1. The Findings and Recommendation issued January 29, 2007, is ADOPTED IN FULL;

  2. The petition for writ of habeas corpus is DISMISSED; and

  3. The Clerk of the Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

**Dated:   March 6, 2007**          **/s/ Oliver W. Wanger**
emm0d6           UNITED STATES DISTRICT JUDGE